William R. Dalling #2272
DALLING & DALLING
P.O. Box 1385
Eagle, ID 83616
(208) 938-4900
(208) 938-4922 - fax

Larry R. White (#3446 *pro hac vice*)
Paul D. Van Komen (#7332 *pro hac vice*)
Patrick L. Tanner (#7319 *pro hac vice*)
BURBIDGE & WHITE, LLC
15 West South Temple, Suite 950
Salt Lake City, UT 84101
(801) 359-7000
(801) 236-5319

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JANETTE BAKER, DALLAS BAKER, KEITH BAKER, BRYCE BAKER, CAMERON BAKER, NATHAN BAKER and MELISSA BAKER,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERMOUNTAIN HEALTH CARE, INC., a Utah corporation, d/b/a CASSIA FAMILY PRACTICE,<br><br>Defendant. | CASE NO.   4:14-cv-00509-EJL<br><br>**STIPULATION TO DISMISS** |

      COMES NOW the Plaintiffs, JANETTE BAKER, DALLAS BAKER, KEITH BAKER, BRYCE BAKER, CAMERON BAKER, NATHAN BAKER, and MELISSA BAKER, by and through their counsel, J. Charles Hepworth of HEPWORTH, JANIS, & KLUKSDAL and the Defendant, by and through their counsel, William R Dalling of DALLING & DALLING, and

STIPULATION TO DISMISS - 1

Larry R. White of BURBIDGE & WHITE, LLC and hereby stipulate to dismiss with prejudice the above-entitled matter, and on the grounds and for the reason that this matter has been fully compromised and settled.

The parties further stipulate that each party will be responsible for payment of their own attorney's fees and costs incurred in this matter.

DATED this __11__ day of January, 2016.

HEPWORTH, JANIS & KLUKSDAL

___J. Charles Hepworth___
J. CHARLES HEPWORTH
Attorney for Plaintiffs

DALLING & DALLING

_____/s/_____
WILLIAM R DALLING
Attorney for Defendant


BURBIDGE & WHITE, LLC

/s/ Larry R. White
LARRY R. WHITE
Attorney for Defendant